NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

SYVERSON, LESOWITZ & GEBELIN LLP
ERIK S. SYVERSON (SBN 221933)
erik@syversonlaw.com
STEVEN T. GEBELIN (SBN 261507)
steven@syversonlaw.com
2029 Century Park East, Suite 2910
Los Angeles, California 90067
Telephone:  (310) 341-3072
Facsimile:   (310) 341-3070

ATTORNEY(S) FOR: Plaintiff Optima Tax Relief, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Optima Tax Relief, LLC, a Delaware Limited Liability Company

Plaintiff(s),

v.

OPTIMUM WEALTH MANAGEMENT, INC. d.b.a. OPTIMUM TAX LAW, a California Corporation; and DOES 1–10

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   PLAINTIFF Optima Tax Relief, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Optima Tax Relief, LLC | Plaintiff (a Corporate entity with no parent corporation that owns 10% or more of its stock) |
| OPTIMUM WEALTH MANAGEMENT, INC. d.b.a. OPTIMUM TAX LAW | Defendant |

May 08, 2018
Date

*[signature]*
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Optima Tax Relief, LLC