# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISON

| Optima Tax Relief, LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>OPTIMUM WEALTH MANAGEMENT, INC. d.b.a. OPTIMUM TAX LAW, a California Corporation; and DOES 1–10, inclusive<br><br>Defendants. | CASE NO. 8:18-cv-806-JVS_JDE<br><br>**ORDER MODIFYING SCHEDULING ORDER AND CONTINUING TRIAL DATE** |

The Court has reviewed and considered the Joint Stipulation submitted by Plaintiff Optima Tax Relief, LLC ("Optima"), and Defendant OPTIMUM WEALTH MANAGEMENT, INC., d.b.a OPTIMUM TAX LAW ("Defendant"),, and with good cause appearing.

**IT IS HEREBY ORDERED** that the Proposed Modified Scheduling Order and Continued Trial Date is GRANTED.

The Modified Scheduling Order is as follows:

| Matter | Time | Weeks before trial | Current Deadline | Parties' Request | Court Order |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Trial date- Jury<br>Estimated length: 6 days | 8:30 a.m.<br>(Tuesdays) | 0 | 8/27/2019<br>6 days | 12/3/2019<br>6 days | 12/3/2019 |
| Final Pretrial Conference;<br>Hearing on Motions *in Limine*<br>File: Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; Proposed Voir Dire Qs; and Agreed−to Statement of Case | 11:00 a.m.<br>(Mondays) | -2 | 8/12/2019 | 11/18/2019 | 11/18/2019 |
| Lodge Pretrial Conf. Order;<br>File Memo of Contentions of Fact and Law;<br>Exhibit List;<br>Witness List; and<br>Status Report re Settlement | | -3 | 8/5/2019 | 11/12/2019 | 11/12/2019 |
| Last day for hand−serving Motions *in Limine* | | -6 | 7/15/2019 | 10/22/2019 | 11/21/2019 |
| Last day for hearing motions | 1:30 p.m.<br>(Mondays) | -7 | 7/8/2019 | 10/15/2019 | 10/15/2019 8:30 a.m. |
| Expert Discovery Cutoff | | | 6/3/2019 | 9/6/2019 | 9/6/2019 |
| Rebuttal Expert Witness Disclosure | | | 5/13/2019 | 8/16/2019 | 8/16/2019 |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | 4/15/2019 | 7/15/2019 | 7/15/2019 |

*Optima Tax Relief v. Optimum Wealth Management*   2   **[PROPOSED] ORDER**
USDC, Case No. 8:18-cv-806

| | | | | |
|---|---|---|---|---|
| Last day to conduct Settlement Conference | | | 7/20/2019 | 7/20/2019 |
| Discovery Cutoff | | 4/1/2019 | 7/1/2019 | 7/1/2019 |

**IT IS SO ORDERED.**

Dated:  July 17, 2019

_____
Hon. James V. Selna
United States District Judge