UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 18-00806JVS(JDEx) |
| Date | November 18, 2019 |
| Title | Optima Tax Relief, LLC v Optimum Wealth Management |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven Gebelin | David Carman |

**Proceedings:** **Pretrial Conference**

    Cause is called for hearing and counsel make their appearances. Court and counsel confer. The Court continues the Pretrial Conference to December 9, 2019 at 11:00 a.m. The jury trial is vacated and will be re-set at the time of the continued pretrial conference. All pretrial documents must be filed by December 2, 2019.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |