UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 18-00806-JVS (JDEx) | Date | January 22, 2020 |
|---|---|---|---|
| Title | Optima Tax Relief, LLC v. Optimum Wealth Management, Inc. et al., | | |

Present: The Honorable   John D. Early, United States Magistrate Judge

| Maria Barr | CS 01/22/20 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Steven Gebelin | Zachary Levine |

**Proceedings:**     Settlement Conference

At the request of the parties, and at a date and time agreed to by the parties, through counsel, on December 13, 2019, the Court issued an order setting a settlement conference for January 22, 2020 starting at 12:30 p.m. At such date and time, counsel for Plaintiff and a representative of Plaintiff were present and prepared to proceed.

Counsel for Defendant arrived at 12:37 p.m. By 1:30 p.m., no representative of Defendant had appeared and counsel for Defendant could not provide an assurance that such a representative would appear. As a result, a settlement conference was not held.

Counsel for Plaintiff advised that he had spent or would spend 2.5 hours traveling to and from the settlement conference and spent 3.5 hours in the courthouse either preparing for the conference with his client or waiting for a representative to appear. Counsel further advised that his hourly rate is $500 per hour. The Court finds counsel's stated hourly rate is reasonable based upon the nature of the case, his experience, and the Court's knowledge of the local prevailing fee rates, and further finds that the time incurred is reasonable. Counsel for Defendant did not dispute the reasonableness of the rate or the hours and agreed that Defendant would pay for those costs. As a result, it was agreed that Defendant would, within seven days, pay $3,000 to Plaintiff, delivered to counsel for Plaintiff, as reimbursement for the costs incurred by Plaintiff caused by Defendant's failure to appear at the conference. Based on counsel's agreement, it is so ordered. The Court will consider whether any other sanctions are warranted.

cc: Judge Selna

                                                                                    00   :   40

                                                            Initials of Clerk:   ma