# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Optima Tax Relief, LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>Optimum Wealth Management, Inc. d.b.a. Optimum Tax Law, a California Corporation; and Does 1–10, inclusive<br><br>Defendants. | CASE NO. 8:18-cv-806-JVS-JDE<br><br>Judge James V. Selna<br><br>**JUDGMENT AND PERMANENT INJUNCTION**<br><br>Crtrm.:        10C |

**TO ALL INTERESTED PERSONS, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

By reason of a valid and enforceable settlement agreement Plaintiff Optima Tax Relief, LLC is entitled to Judgment against Defendant Optimum Wealth Management, Inc. d.b.a. Optimum Tax Law.  Now, therefore it is **ORDERED, ADJUDICATED, AND DECREED** that Plaintiff Optima Tax Relief, LLC ("Optima") is entitled to Judgment against Defendant Optimum Wealth Management, Inc. d.b.a. Optimum Tax Law ("Defendant") as follows:

(1) Defendant must pay Plaintiff $28,000 as a settlement amount;

(2) Defendant must immediately and permanently cease all online advertisements for tax relief and related services, including any advertising using Optima's marks (*i.e.* Optima Tax Relief, Optima Tax, Optima, etc.) as keywords or within the advertisement itself;

(3) Defendant's social media accounts must be immediately and permanently deactivated and removed, including but not limited to the following:

    a. instagram.com/Optimum_tax_law/

    b. facebook.com/OptimumTaxLaw

    c. twitter.com/Optimum_tax_law

    d. linkedin.com/company/optimumtaxlaw/

(4) Defendant must immediately transfer the domain <u>optimumtaxlaw.com</u> to Optima;

(5) Defendant is enjoined from offering any services in tax relief and related services using any name except one that is unrelated to Optima, any variation, derivative, or anything similar; and

(6) Defendant is further enjoined from any advertising or other use of any derivation of any term reasonably associated with Optima's marks (such as Optima, Optimum, Optimus, Opti, etc.) or using any elements of Optima's logos in connection with any tax relief services or related services;

**IT IS SO ORDERED.**

Dated: August 03, 2020     _____

                           HONORABLE JAMES V. SELNA
                           United States District Judge

[PROPOSED] JUDGMENT