STEVEN T. GEBELIN (SBN 261507)
steven@syversonlaw.com
LESOWITZ GEBELIN LLP
8383 Wilshire Blvd., Suite 520
Beverly Hills, CA 90211
Telephone: (310) 341-3072
Facsimile:  (310) 341-3070

Attorneys for PLAINTIFF Optima Tax Relief, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Optima Tax Relief, LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>Optimum Wealth Management, Inc. d.b.a. Optimum Tax Law, a California Corporation; and Does 1–10, inclusive<br><br>Defendants. | CASE NO. 8:18-cv-806-JVS-JDE<br><br>Judge James V. Selna<br><br>DECLARATION OF STEVEN T. GEBELIN IN SUPPORT OF APPLICATION FOR TURNOVER OF PROPERTY ORDER IN FURTHERANCE OF JUDGMENT<br><br>Crtrm.:          10C |

## <u>DECLARATION OF STEVEN T. GEBELIN</u>

I, STEVEN T. GEBELIN , declare as follows:

1)      I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lesowitz Gebelin LLP, attorneys of record for Plaintiff Optima Tax Relief, LLC ("Optima") herein. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2)      On April 27, 2020, the court granted Optima's motion to enforce its settlement agreement with Defendant Optimum Wealth Management, Inc. dba Optimum Tax Law ("Defendant") after Defendant failed to oppose the motion and on its merits. [Dkt. No. 50].  Optima subsequently lodged a proposed judgment with the Court.  [Dkt. No. 51]

3)      On August 3, 2020, the Court entered Judgment against Defendant and in favor of Optima.  [Dkt. No. 52] (the "Judgment"). Among the provisions of the Judgment was paragraph (4) which required Defendant to "immediately transfer the domain optimumtaxlaw.com to Optima.

4)      To date, Defendant is still failing to abide by any terms of the settlement agreement or the Judgment, including operating a website on optimumtaxlaw.com (the "Domain"), using the social media accounts prohibited by the agreement, failing to pay the monetary portion of the agreement, or changing the name of its operations.

5)      Following the entry of the Judgment, I undertook efforts to have Wix.com, Inc. ("Wix"), Defendant's web registrar (*i.e.* the company used by Defendant to maintains the record of Defendant's ownership of the domain) transfer to Optima in accordance with the judgment.  Wix stated that it would not transfer the Domain to Optima without a court order directed at Wix.  Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of my email correspondence with Wix regarding transfer of the domain.

6)      On August 28, 2020, I sent notice of Defendant's continuing failure to abide by the settlement or comply with the Judgment to counsel for Defendant.  I further explained that given the failure to comply, Optima would move ex parte to enforce the

GEBELIN DECLARATION ISO APPLICATION FOR TURNOVER OF PROPERTY

judgment.   Attached hereto as **<u>Exhibit 2</u>** is a true and correct copy of my email to Defendant's attorney.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of August 2020 at Los Angeles, CA.

_____

By:   Steven T. Gebelin

GEBELIN DECLARATION ISO APPLICATION FOR TURNOVER OF PROPERTY

# **<u>EXHIBIT 1</u>**

**Steven Gebelin**

| | |
|---|---|
| **From:** | Wix Support <notifications@wixanswers.com> |
| **Sent:** | Tuesday, August 18, 2020 2:20 AM |
| **To:** | steven@lawbylg.com |
| **Subject:** | You have a new response from the Wix Team (Request 1771957133) |

---Please reply above this line---

 **Dan** (Wix Support)
August 18, 2020 5:20 AM (UTC-04:00)

Hello,

Thank you for getting back to us.

We require the court order in English aimed at Wix to transfer the domain. We do not have an example to provide.

We are unable to provide any assistance with the domain as it is currently pointing away from the Wix platform.

We appreciate your cooperation and await the court order.

Regards,

Daniel - Wix Customer Care

Conversation history

 **Steven**
August 17, 2020 5:40 PM (UTC-04:00)

Hi Karin,


Thanks for your response.  A few questions:


1. What language will Wix require to appear in the order to complete the transfer to my client?  Do you have an example of an acceptable order, since you're not accepting the federal judgment requiring the transfer?
2. Will Wix lock the domain, stop the domain from resolving to a webpage, or take any other steps to curtail the ongoing infringement while we obtain such an order?


Thank you,


Steven Gebelin

Lesowitz Gebelin LLP

310-341-3072

steven@lawbylg.com


**From:** Wix Support <notifications@wixanswers.com>
**Sent:** Monday, August 17, 2020 9:34 AM
**To:** steven@lawbylg.com
**Subject:** You have a new response from the Wix Team (Request 1771957133)

 **Karin** (Wix Support)
August 17, 2020 12:33 PM (UTC-04:00)

Hi Steven,

Thank you for the follow up.

You are communicating with the supervisor of the offline abuse team that handles such complaints.

Wix Legal Department does not communicate with users/complainants.

As I already mentioned, the court order is not aimed at Wix, therefore, we are not able to comply with it and transfer domain to you.

Please obtain court order ordering Wix to transfer the domain and we will be happy to comply.

Regards,

Karin, Wix Customer Care

 **Steven**
August 17, 2020 12:30 PM (UTC-04:00)

Hi Karin,

If the site owner was complying with the Judgment or its agreement I wouldn't have needed to contact Wix directly.  The owner already agreed to transfer the domain six months ago, but has failed to do so, leading me to contact Wix.

This is ongoing infringement in violation of the Court order and judgment that Wix is enabling by continuing to allow use of the infringing domain.  Please put me in contact with Wix's legal counsel.

Steven Gebelin

Lesowitz Gebelin LLP

310-341-3072

steven@lawbylg.com

**From:** Wix Support <notifications@wixanswers.com>
**Sent:** Monday, August 17, 2020 4:35 AM
**To:** steven@lawbylg.com
**Subject:** You have a new response from the Wix Team (Request 1771957133)

4



**Karin** (Wix Support)

August 17, 2020 7:34 AM (UTC-04:00)

Hi,

Thank you for the follow up.

Please note that the court order you attached is not aimed at Wix.

Please forward it to the site owner and request the transfer of domain.

Regards,

Karin, Wix Customer Care

---



**Steven**

August 14, 2020 6:20 PM (UTC-04:00)

Sorry for the typo.  The URL is https://www.optimumtaxlaw.com/

We have a judgment requiring it to be transferred to my client.

Steven Gebelin

Lesowitz Gebelin LLP

310-341-3072

steven@lawbylg.com

**From:** Wix Support <notifications@wixanswers.com>
**Sent:** Thursday, August 13, 2020 11:40 PM
**To:** steven@lawbylg.com
**Subject:** You have a new response from the Wix Team (Request 1771957133)

---



**Dan** (Wix Support)

August 14, 2020 2:40 AM (UTC-04:00)

Hello,

Thank you for contacting Wix,

Unfortunately, the URL(**optimataxlaw.com**) of the site you have provided is no longer live, so we are unable to locate with which account the site is associated.

Please, provide us with the valid URL.

Best regards,

Daniel - Wix Customer Care

**Steven**

August 13, 2020 2:07 PM (UTC-04:00)

## Trademark Infringement

Name of the trademark owner: Optima Tax Relief, LLC

Your Organization or Client (if applicable): Lesowitz Gebelin LLP

First Name: Steven

Last Name: Gebelin

Please provide a link to your organization or trademark owner´s official website: https://www.optimataxrelief.com/

E-Mail: steven@lawbylg.com

Mailing Address:
8383 Wilshire Blvd., Suite 520

Phone number: 3103413072

Additional phone number:

What is the trademark that is infringed?
Optimum Tax's website and domain infringe Optima Tax Relief's trademarks and violate the terms of its settlement wi

Where is your trademark registered? United States

Trademark registration number: 4391736, 525223, 5619272

Please provide a link (URL) leading directly to your trademark registration. (optional) https://tsdr.uspto.gov/documentv
https://tsdr.uspto.gov/documentviewer?caseId=sn87051690&docId=ORC20170710202216#docIndex=1&page=1 http

Please provide: (i) the registration category under which the trademark was registered; and (ii) the description of the p
CLASS 35: Providing tax and taxation planning and consulting information; CLASS 36: Identity theft insurance consul
return preparation CLASS 45: Legal services relating to tax liability

Please provide a scanned copy of your trademark registration certificate(s) or screen shot of your registration on the v
https://docs.wixstatic.com/ugd/fe26a2_7f814db1aa47464995d489e96d69ecbc.pdf?dn=85821127.pdf,https://docs.wix

Please provide a link (URL) to the precise location of the allegedly infringing content on a Wix hosted website: optima

Describe where and how your trademark is being infringed:
Use of the substantially similar "Optimum Tax" mark throughout the website and the domain.

7

Dated: Thu Aug 13 2020 07:00:00 GMT+0000 (Coordinated Universal Time)

Electronic Signature: Steven Gebelin



For more information go to Wix Help Center

500 Terry A Francois Blvd San Francisco, CA 94158

# <u>EXHIBIT 2</u>

## Steven Gebelin

**From:** Steven Gebelin <steven@lawbylg.com>
**Sent:** Friday, August 28, 2020 12:54 PM
**To:** 'Zack Levine'
**Subject:** Optima v. Optimum- Ex Parte Notice re Enforcement of Judgment

Zack,

Your client Optimum Wealth Management, Inc. continues to not meet its obligations under the settlement agreement and the subsequently entered judgment thereon.  As a result, we intend to file applications on an *ex parte* basis with the court to enforce the judgment, including for an order requiring turnover of the web domain optimumtaxlaw.com pursuant to CCP 714.030 and for levying on its accounts to pay the monetary portion of the judgment.

Please let me know if you intend to oppose any such applications to enforce the judgment.  Based on your client's prior non-opposition to the motion to enforce the settlement, I presume not.



Steven Gebelin
8383 Wilshire Blvd., Suite 520
Beverly Hills, CA 90211
310-341-3072
steven@laywbylg.com