# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Optima Tax Relief, LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>Optimum Wealth Management, Inc. d.b.a. Optimum Tax Law, a California Corporation; and Does 1–10, inclusive<br><br>Defendants. | CASE NO. 8:18-cv-806-JVS-JDE<br><br>Judge James V. Selna<br><br>**[PROPOSED] ORDER ON *EX PARTE* APPLICATION FOR TURNOVER OF PROPERTY ORDER IN FURTHERANCE OF JUDGMENT**<br><br>Crtrm.:          10C |

## ORDER

This matter comes before the Court on Plaintiff and Judgment Creditor Optima Tax Relief, LLC's ("Optima") *Ex Parte* Application for a Turnover Order in aid of its Judgment [Dkt. No. 52] against Defendant and Judgment Debtor Optimum Wealth Management, Inc. d.b.a. Optimum Tax Law ("OPTIMUM").

After consideration of the papers submitted with respect to the application, and any response thereto, **HEREBY ORDERS** as follows:

Pursuant to California Code of Civil Procedure § 714.130 and Federal Rules of Civil Procedure 69 and 70, OPTIMUM, its agents, servants, employees, attorneys, and those active in concert or participation with them, including but not limited to web domain registrar **Wix.com, Inc**. are ordered to immediately transfer the domain optimumtaxlaw.com to Optima and to undertake any action necessary to complete such transfer to Optima's possession and control.

**NOTICE IS HEREBY GIVEN THAT FAILURE BY THE JUDGMENT DEBTOR TO COMPLY WITH THIS ORDER MAY SUBJECT THE JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT**

**IT IS SO ORDERED.**

Dated: _____            _____

                                     HONORABLE JAMES V. SELNA

                                     United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER ON APPLICATION FOR TURNOVER OF PROPERTY