**STEVEN T. GEBELIN (SBN 261507)**
steven@syversonlaw.com
**LESOWITZ GEBELIN LLP**
**8383 Wilshire Blvd., Suite 520**
**Beverly Hills, CA 90211**
**Telephone:   (310) 341-3072**
**Facsimile:     (310) 341-3070**
**Attorneys for PLAINTIFF Optima Tax Relief, LLC**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Optima Tax Relief, LLC, <br><br><br> Plaintiff(s) <br><br> v. <br><br> Optimum Wealth Management, Inc. d.b.a. Optimum Tax Law <br><br><br> Defendant(s) | **CASE NUMBER** <br> 8:18-cv-806-JVS-JDE <br><br> **(PROPOSED) ORDER TO APPEAR FOR EXAMINATION** <br> **OF ☐ JUDGMENT DEBTOR or ☒ THIRD PERSON RE:** <br><br> ☒   **ENFORCEMENT OF JUDGMENT** <br> ☐ **ATTACHMENT(Third Person)** |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application be   ☐ **GRANTED**   ☐   **DENIED.**

**TO**: _____Ryan Campos___
        *(Name of Person Ordered to Appear)*

**YOU ARE ORDERED TO APPEAR** personally at the location listed below before a person authorized to administer oaths and take testimony to:

- ☐  furnish information to aid in enforcement of a money judgment against you.
- ☐  answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
- ☐  answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.
- ☐  furnish information to aid in enforcement of a money judgment against the judgment debtor.
- ☒  furnish information to aid in enforcement of a right to attach order against the defendant. *See* Exhibit A.

---

**Date of appearance**: _____**October 29, 2020**____   **Courtroom:** N/A___   **Time:** _____**10:00 a.m**____

**Location of Appearance**:   ☐Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA
                                            ☒ Lesowitz Gebelin LLP, 8383 Wilshire Blvd., Suite 520, Beverly Hills, CA

If there is an agreement by the parties after service of this order, the examination may also proceed by reasonable remote means with any oath administered remotely.

---

This Order may be served by a Marshal, sheriff, registered process server, **or** the following, specially appointed person: _____First Legal Support Services_____
                    *(Name of Appointed Process Server)*

Date: _____            _____
                                                                    Honorable John D. Early, U.S. Magistrate Judge

---

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

NOTICE TO JUDGMENT DEBTOR:    If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

## APPEARANCE OF A THIRD PERSON
## (ENFORCEMENT OF JUDGMENT - CALIFORNIA C.C.P. SECTION 708.120)

(1)   NOTICE TO PERSON SERVED:    If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

(2)   NOTICE TO JUDGMENT DEBTOR:    The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt.   This property or debt is as follows (*Clearly describe the property or debt. Print or type the description.   Use an additional sheet of paper, if necessary.*):

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you MUST file your exemption claim *in writing* with the court and have a copy personally served on the judgment creditor not later than three (3) days before the date set for the examination.

You MUST appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

## APPEARANCE OF A THIRD PERSON (ATTACHMENT - CALIFORNIA C.C.P. SECTION 491.110)

NOTICE TO PERSON SERVED:    If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

## APPEARANCE OF A CORPORATION, PARTNERSHIP,
## ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined:    officers, directors, managing agents, or other persons who are familiar with your property and debts.

## Exhibit A to Order

Further to the Order set forth above, and having considered the matters set forth in Plaintiff Optima Tax Relief LLC's Request for Debtor Examination, the Court orders that Ryan Campos bring to the debtor examination the following company financial information concerning Optimum Wealth Management, Inc. ("Optimum"):

a. Documents sufficient to identify Optimum's income, expenses, liabilities, and assets (including any and all property, whether real, personal, intangible, or other) for the last two (2) years;

b. Optimum's Financial Statements for the past two (2) years, including any audited statements;

c. Optimum's Statements of Assets and Liabilities for the past two (2) years, including locations and market value of real property holdings;

d. Optimum's bank account records for the past two (2) years, including information identifying bank account institutions, account numbers, and account balances;

e. Optimum's loan and mortgage information for the past two (2) years, including loan application documentation submitted to any public or private entity;

f. Optimum's State and Federal income tax returns for 2018 and 2019; and

g. All documentation of compensation paid to principals and/or company officers of Optimum for the past two (2) years.