STEVEN T. GEBELIN (SBN 261507)
steven@syversonlaw.com
LESOWITZ GEBELIN LLP
8383 Wilshire Blvd., Suite 520
Beverly Hills, CA 90211
Telephone:  (310) 341-3072
Facsimile:    (310) 341-3070

Attorneys for PLAINTIFF Optima Tax Relief, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Optima Tax Relief, LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>Optimum Wealth Management, Inc. d.b.a. Optimum Tax Law, a California Corporation; and Does 1–10, inclusive<br><br>Defendants. | CASE NO. 8:18-cv-806-JVS-JDE<br>Judge James V. Selna<br><br>DECLARATION OF STEVEN T. GEBELIN IN SUPPORT OF REQUEST FOR SETTING OF DEBTOR EXAMINATION OF OPTIMUM WEALTH MANAGEMENT, INC.<br><br>Honorable John D. Early<br>Courtroom 6A (Ronald Reagan Federal Building) |

## DECLARATION OF STEVEN T. GEBELIN

I, STEVEN T. GEBELIN , declare as follows:

1) I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lesowitz Gebelin LLP, attorneys of record for Plaintiff Optima Tax Relief, LLC ("Optima") herein. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2)     On April 27, 2020, the court granted Optima's motion to enforce its settlement agreement with Defendant Optimum Wealth Management, Inc. dba Optimum Tax Law ("Defendant" or "Optimum") after Defendant failed to oppose the motion and on its merits. [Dkt. No. 50]. Optima subsequently lodged a proposed judgment with the Court. [Dkt. No. 51]

3)     On August 3, 2020, the Court entered Judgment against Defendant and in favor of Optima. [Dkt. No. 52] (the "Judgment"). Among the provisions of the Judgment was paragraph (1) which required Defendant to pay Plaintiff $28,000 as a settlement amount. To date, Defendant has not paid any portion of the settlement, despite the entry of the Judgment.

4)     As set forth in a May 8, 2020 Statement of Information filed with the California Secretary of State, Ryan Campos is listed as both the Chief Executive Officer and Secretary for Defendant. Attached hereto as **Exhibit 1** is a true and correct copy of the Statement of Information for Optimum Wealth Management, Inc. as filed with the California Secretary of State that I retrieved from the government's records at businesssearch.sos.ca.gov.

5)     As the Defendant's CEO and Corporate Secretary, Mr. Campos would be expected to have extensive knowledge of the Defendant's financial affairs, assets, and transactions that would aid in the enforcement of the money judgment against the Defendant. Specifically, Plaintiff seeks to examine Mr. Campos on the following categories of information and related documents:

    a. Defendant's income, expenses, assets, and debts;

    b. Defendant's real property;

    c. Defendant's personal property, including intangible assets;

    d. Defendant's Financial Statements for the past two (2) years, including any audited statements;

    e. Defendant's Statements of Assets and Liabilities for the past two (2) years, including locations and market value of real property holdings;

f.  Defendant's bank account records for the past two (2) years, including information identifying bank account institutions, account numbers, and account balances;

g.  Defendant's loan and mortgage information for the past two (2) years, including loan application documentation submitted to any public or private entity;

h.  Defendant's State and Federal income tax returns for 2018 and 2019; and

i.  All compensation paid to Defendant's principals and/or company officers for the past two (2) years.

Executed this 28th day of August 2020 at Los Angeles, CA.

_____
By:   Steven T. Gebelin

# **EXHIBIT 1**

**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---:|:---|
| Entity Name: | OPTIMUM WEALTH MANAGEMENT INC. |
| Entity (File) Number: | C4017401 |
| File Date: | 05/08/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GF48990 |

**Detailed Filing Information**

1. Entity Name:

    OPTIMUM WEALTH MANAGEMENT INC.

2. Business Addresses:
    a. Street Address of Principal Office in California:

    15233 VENTURA BLVD. SUITE 500
    SHERMAN OAKS, California 91423
    United States of America

    b. Mailing Address:

    15233 VENTURA BLVD. SUITE 500
    SHERMAN OAKS, California 91423
    United States of America

    c. Street Address of Principal Executive Office:

    15233 VENTURA BLVD. SUITE 500
    SHERMAN OAKS, California 91423
    United States of America

3. Officers:
    a. Chief Executive Officer:

    RYAN  CAMPOS
    15233 VENTURA BLVD. SUITE 500
    SHERMAN OAKS, California 91423
    United States of America

    b. Secretary:

    ROBERT  PRESTON
    15233 VENTURA BLVD. SUITE 500
    SHERMAN OAKS, California 91423
    United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GF48990

**California Secretary of State**
Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:    ROBERT PRESTON
15233 VENTURA BLVD. SUITE 500
SHERMAN OAKS, California 91423
United States of America

4.  Director:    RYAN CAMPOS
15233 VENTURA BLVD. SUITE 500
SHERMAN OAKS, California 91423
United States of America

Number of Vacancies on the Board of Directors:    0

5.  Agent for Service of Process:    LEGALINC REGISTERED AGENTS, INC. (C4249296)

6.  Type of Business:    FINANCIAL SERVICES

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    RYAN CAMPOS

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GF48990

**California Secretary of State**
Electronic Filing

## Corporation - Attachment to Statement of Information

**List of Additional Directors**:

1. ROBERT PRESTON
   15233 VENTURA BLVD. SUITE 500
   SHERMAN OAKS, California 91423
   United States of America

2.

3.

4.

5.

6.

7.

Document ID: GF48990